UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 21-020 ADM/DTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 2 |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| (1) DEVIN DELBERT DONALD BLOM, | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 853(a) |
| (2) MICHELLE MARGARET PATZOLD, | ) | 21 U.S.C. § 853(p) |
| | ) | |
| Defendants. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy To Distribute Methamphetamine)

Beginning in or about July 1, 2020, and continuing through in or about August 12, 2020, the exact dates being unknown to the grand jury, in the State and District of Minnesota, the defendants,

**DEVIN DELBERT DONALD BLOM, and
MICHELLE MARGARET PATZOLD,**

did knowingly and intentionally conspire with each other and others, known and unknown to the grand jury, to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

### COUNT 2
(Possession With the Intent To Distribute Methamphetamine)

On or about August 12, 2020, in the State and District of Minnesota, the defendants,



SCANNED
JAN 26 2021
U.S. DISTRICT COURT MPLS

United States v. Devin Delbert Donald Blom, et al.

**DEVIN DELBERT DONALD BLOM, and**
**MICHELLE MARGARET PATZOLD,**

aided and abetted by others, and aiding and abetting each other, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

Counts 1-2 of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

If convicted of either of Counts 1-2 of this Indictment, the defendants,

**DEVIN DELBERT DONALD BLOM, and**
**MICHELLE MARGARET PATZOLD,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds obtained directly or indirectly as a result of each such violation, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violations, including but not limited to $71,900 in U.S. currency seized from defendants on August 13, 2020.

If any of the above-described forfeitable property is unavailable for forfeiture, the

<u>United States v. Devin Delbert Donald Blom, et al.</u>

United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____        _____

**UNITED STATES ATTORNEY**            **FOREPERSON**